UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD K. MALONE,
    Plaintiff,

vs.

D. JUSTICE, et al.,
    Defendants.

Case No. 1:16-cv-1095

Black, J.
Litkovitz, M.J.

REPORT AND
RECOMMENDATION

On October 20, 2016, plaintiff filed a civil rights complaint in the Northern District of Ohio. Plaintiff did not pay the filing fee or submit to the Court a motion for leave to proceed *in forma pauperis*. (*See* Doc. 1). On November 22, 2016, the case was transferred to this Court. (Doc. 4). On the same date, plaintiff submitted a certified copy of his prison trust fund account statement. (Doc. 5).

The undersigned issued a Deficiency Order on November 29, 2016, ordering plaintiff to pay the full filing fee or submit a complete *in forma pauperis* application within thirty (30) days. (Doc. 7). Plaintiff was further advised that failure to comply with the Order within the 30-day period would result in the dismissal of this case for want of prosecution. (*Id.* at PageID 26).

To date, more than thirty (30) days after the Court's November 29, 2016 Order, plaintiff has failed to respond to the Order.[1]

"District courts have the inherent power to sua sponte dismiss civil actions for want of prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash* R.R., 370 U.S. 626, 630–631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). Failure of a party to respond to an order of the court warrants

---

[1] Plaintiff did file a motion to appoint counsel on December 22, 2016, but the filing is not responsive to the November 22, 2016 Order. (*See* Doc. 8).

invocation of the Court's inherent power. *See* Fed. R. Civ. P. 41(b). Accordingly, this case should be dismissed for plaintiff's failure to respond to the Court's November 29, 2016 Deficiency Order. *In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).

It is therefore **RECOMMENDED** that this matter be **DISMISSED** for lack of prosecution.

**IT IS SO RECOMMENDED.**

Date: 1/9/2017

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD K. MALONE,
    Plaintiff,

vs.

D. JUSTICE, et al.,
    Defendants.

Case No. 1:16-cv-1095

Black, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), WITHIN 14 DAYS after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections WITHIN 14 DAYS after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).